# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Warren, David M. | U.S. Bankruptcy Court - Eastern District of North Carolina | 04/14/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

Century Station Post Office and Courthouse
300 Fayetteville Street, Room 323
Raleigh, NC 27601-1749

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Chairman | FRMT, Ltd. |
| 2. Chairman | Turner W. Battle Scholarship Trust (Rocky Mount Academy) |
| 3. Director | Paramount Condominium Homeowners Association, Inc. |
| 4. President | 9 Shearwater Street Condominium Owners Association, Inc. |
| 5. Manager | 9 Shearwater LLC |
| 6. Manager | Roofjumpers LLC |
| 7. Manager | McLash LLC |
| 8. Adjunct Professor | Norman A. Wiggins School of Law (Campbell University) |
| 9. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1/1/1991 | Poyner Spruill LLP Retirement Plan, former law firm. This is a qualifed pension plan that was discontinued in approximately 1991. |
| 2. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Warren, David M. | 04/14/2021 |

3.

| Name of Person Reporting | Date of Report |
|---|---|
| Warren, David M. | 04/14/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 01/20/2020 | Campbell Univerity-Salary | $1,539.00 |
| 2. 02/14/2020 | Campbell Univerity-Salary | $1,539.00 |
| 3. 03/15/2020 | Campbell Univerity-Salary | $1,539.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | David G. Polhenus , DDS, PLLC |
| 2. 2020 | J. Christian Sheaffer, DDS, PLLC |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | FRMT, Ltd. | 01/17/2020 | Chicago, IL | Committee Meeting | transporation, food |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Warren, David M.** | 04/14/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Sound Bank | Personal Guaranty on Loan to 9 Shearwater LLC (Wrightsville Beach, NC house) | N |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Warren, David M.** | 04/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Purchase Money Mortgage Held by McLash LLC | D | Dividend | K | T | | | | | |
| 2. House, Wrightsville Beach, NC (1/2 interest) | | None | N | W | | | | | |
| 3. Northwestern Mutual Life Whole Life Policy | C | Dividend | M | T | | | | | |
| 4. National Life Whole Life Policy | B | Dividend | K | T | | | | | |
| 5. Mutual Trust Whole Life Policy | A | Dividend | K | T | | | | | |
| 6. Anheuser-Busch Inbev (BUD DIRA | A | Dividend | K | T | | | | | |
| 7. B&G Foods (BGS) DIRA | B | Dividend | | | Sold | 08/14/20 | K | A | |
| 8. Boeing (BA) DIRA | A | Dividend | K | T | Buy | 03/02/20 | K | | |
| 9. Carrier Global Corp. (CARR) DIRA | A | Dividend | K | T | Spinoff<br>(from line 49) | 04/03/20 | J | | |
| 10. Caterpillar, Inc. (CAT) DIRA | A | Dividend | K | T | | | | | |
| 11. Clorox (CLX) DIRA | B | Dividend | J | T | Sold<br>(part) | 08/14/20 | M | F | |
| 12. Coca Cola (KO) DIRA | B | Dividend | K | T | | | | | |
| 13. Cummins (CMI) DIRA | B | Dividend | L | T | | | | | |
| 14. Dieago (DEO) DIRA | B | Dividend | K | T | | | | | |
| 15. Disney Walt Co (DIS) DIRA | A | Dividend | K | T | | | | | |
| 16. Dominion Energy Inc (D) DIRA | A | Dividend | | | Sold | 06/02/20 | K | A | |
| 17. Eaton Corp (ETN) DIRA | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Warren, David M.** | 04/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  Emerson Electric (EMR) DIRA | A | Dividend | K | T | | | | | |
| 19.  Exxon Mobil (XOM) DIRA | B | Dividend | K | T | | | | | |
| 20.  First Citizens Bank (FCNCA) DIRA | A | Dividend | L | T | Buy | 03/03/20 | K | | |
| 21.  General Dynamics (GD) DIRA | A | Dividend | K | T | Buy | 01/31/20 | K | | |
| 22.  General Electric (GE) DIRA | A | Dividend | J | T | | | | | |
| 23.  General Mills (GIS) DIRA | A | Dividend | | | Sold | 08/14/20 | K | D | |
| 24.  Greenbrier Companies (GBX) DIRA | A | Dividend | K | T | Buy | 03/02/20 | K | | |
| 25.  Heineken (HEINY) DIRA | A | Dividend | | | Sold | 08/14/20 | K | E | |
| 26.  Hershey Company DIRA | A | Dividend | K | T | | | | | |
| 27.  Honeywell (HON) DIRA | A | Dividend | K | T | | | | | |
| 28.  International Flavors & Fragrances (IFF) DIRA | A | Dividend | | | Sold | 08/14/20 | K | A | |
| 29.  International Paper (IP) DIRA | B | Dividend | K | T | | | | | |
| 30.  Johnson & Johnson (JNJ) DIRA | B | Dividend | L | T | | | | | |
| 31.  Kellogg (K) DIRA | B | Dividend | K | T | | | | | |
| 32.  Kimberly-Clark (KMB) DIRA | A | Dividend | K | T | | | | | |
| 33.  Lockheed Martin Corp (LMT) DIRA | A | Dividend | K | T | | | | | |
| 34.  Marriott International (MAR) DIRA | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Warren, David M.** | 04/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Matson Inc. DIRA | A | Dividend | | | Buy | 02/11/20 | K | | |
| 36. Matson Inc. DIRA | A | Dividend | | | Sold | 08/26/20 | K | D | |
| 37. McCormick & Co. (MCK) DIRA | B | Dividend | J | T | Sold<br>(part) | 08/14/20 | K | F | |
| 38. 3 M (MMM) DIRA | B | Dividend | K | T | | | | | |
| 39. Nestle (NSRGY) DIRA | B | Dividend | L | T | | | | | |
| 40. Otis Worldwide (OTIS) DIRA | A | Dividend | K | T | Spinoff<br>(from line 49) | 04/03/20 | K | | |
| 41. Parker-Hannifin Corp | A | Dividend | K | T | | | | | |
| 42. Pepsico (PEP) DIRA | B | Dividend | L | T | | | | | |
| 43. Raytheon Technologies Corp (TTX) DIRA | A | Dividend | K | T | Spinoff<br>(from line 49) | 04/03/20 | K | | |
| 44. Royal Caribbean Group (RCL) DIRA | A | Dividend | K | T | Buy | 02/11/20 | K | | |
| 45. Royal Dutch Shell (RDSB) DIRA | B | Dividend | J | T | | | | | |
| 46. Smucker (SJM) DIRA | A | Dividend | | | Sold | 08/26/20 | K | A | |
| 47. Sysco Corp (SYY) DIRA | A | Dividend | K | T | Buy | 02/11/20 | K | | |
| 48. Unilever PLC (UN) DIRA | B | Dividend | K | T | | | | | |
| 49. United Technologies (UTX) DIRA | B | Dividend | | | Distributed | 04/03/20 | L | | |
| 50. Fidelity Cash Reserves DIRA | A | Dividend | N | T | | | | | |
| 51. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   First Citizens Bank B Preferred DAmeri | A | Dividend | K | T | | | | | |
| 53.   First Citizens Bank A DAmeri | A | Dividend | | | Buy | 01/31/20 | K | | |
| 54.   First Citizens Bank A DAmeri | A | Dividend | | | Sold | 11/24/20 | K | C | |
| 55.   General Mills (GIS) DAmeri | A | Dividend | | | Sold | 08/12/20 | J | A | |
| 56.   Kellogg (K) DAmeri | A | Dividend | | | Sold | 08/31/20 | J | A | |
| 57.   Cenovus Energy (CVE) DAmeri | A | Dividend | J | T | | | | | |
| 58.   3M Company DAmeri | A | Dividend | | | Buy | 02/13/20 | J | | |
| 59.   3M Company DAmeri | A | Dividend | | | Sold | 08/12/20 | J | A | |
| 60.   Amerprise Insured Money Market DAmeri | A | Interest | K | T | | | | | |
| 61. | | | | | | | | | |
| 62.   Fidelity Equity Income/Cash Reserves (DMW/■■■■) | A | Dividend | | | Donated | | | | |
| 63. | | | | | | | | | |
| 64.   American Electic & Power (AEP)■■■IRA | C | Dividend | | | Sold | 08/14/20 | M | F | |
| 65.   Anheuser Busch Inbev (BUD)■■■IRA | A | Dividend | K | T | | | | | |
| 66.   Coca Cola (KO)■■■IRA | C | Dividend | L | T | | | | | |
| 67.   Exelon (EXC)■■■IRA | C | Dividend | M | T | | | | | |
| 68.   FirstEnergy (FE)■■■IRA | C | Dividend | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Warren, David M.** | 04/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. General Mills (GIS) ▮ IRA | B | Dividend | | | Sold | 08/14/20 | L | C | |
| 70. Kellogg (K) ▮ IRA | A | Dividend | | | Sold | 08/14/20 | K | A | |
| 71. Kinder Morgan (KMI) ▮ IRA | A | Dividend | K | T | | | | | |
| 72. Smucker (SJM) ▮ IRA | B | Dividend | L | T | | | | | |
| 73. Fidelity Government Cash Reserves ▮ IRA | A | Dividend | N | T | | | | | |
| 74. | | | | | | | | | |
| 75. Fidelity Equity Income (▮) | A | Dividend | | | Donated | | | | |
| 76. | | | | | | | | | |
| 77. Fidelity Equity Income (▮) | A | Dividend | J | T | | | | | |
| 78. | | | | | | | | | |
| 79. Anheuser-Busch Inbev (BUD) ▮ IRA | A | Dividend | J | T | | | | | |
| 80. Apple (AAPL) ▮ IRA | A | Dividend | K | T | | | | | |
| 81. Campbell Soup (CPB) ▮ IRA | A | Dividend | | | Sold | 08/17/20 | J | B | |
| 82. Carrier Global Corp. ▮ IRA | A | Dividend | J | T | Spinoff (from line 112) | 04/03/20 | J | | |
| 83. Clorox (CLX) ▮ IRA | A | Dividend | | | Sold | 08/17/20 | K | D | |
| 84. Coco Cola (KO) ▮ IRA | A | Dividend | J | T | | | | | |
| 85. Cummins Inc. (CMI) ▮ IRA | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Warren, David M.** | 04/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (*No reportable income, assets, or transactions.*)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Dominion Energy (D) ▮ IRA | A | Dividend | | | Sold | 06/02/20 | J | B | |
| 87. Eaton (ETN) ▮ IRA | A | Dividend | J | T | | | | | |
| 88. Exxon Mobil (XOM) ▮ IRA | A | Dividend | J | T | | | | | |
| 89. General Electric (GE) ▮ IRA | A | Dividend | J | T | | | | | |
| 90. Honeywell (HON) ▮ IRA | A | Dividend | J | T | | | | | |
| 91. Ingersoll-Rand PLC (IR) ▮ IRA | A | Dividend | J | T | | | | | |
| 92. Kellogg (K) ▮ IRA | A | Dividend | | | Sold | 08/17/20 | J | B | |
| 93. Kimberly Clark (KMB) ▮ IRA | A | Dividend | J | T | | | | | |
| 94. Matson Inc. ▮ IRA | A | Dividend | | | Buy | 02/11/20 | J | | |
| 95. Matson Inc. ▮ IRA | A | Dividend | | | Sold | 08/26/20 | J | A | |
| 96. 3M Company (MMM) ▮ IRA | A | Dividend | J | T | | | | | |
| 97. McCormick & Co. (MKC) ▮ IRA | A | Dividend | | | Sold | 08/17/20 | K | D | |
| 98. Nestle (NSRGY) ▮ IRA | A | Dividend | J | T | | | | | |
| 99. Otis Worldwide ▮ IRA | A | Dividend | | | Spinoff (from line 112) | 04/03/20 | J | | |
| 100. Otis Worldwide ▮ IRA | A | Dividend | | | Sold | 08/26/20 | J | A | |
| 101. Pepsico (PEP) ▮ IRA | A | Dividend | J | T | | | | | |
| 102. Proctor & Gamble (PG) ▮ IRA | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Warren, David M.** | 04/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. Prudential Financial (PRU) ▉ IRA | A | Dividend | | | Sold | 08/26/20 | J | B | |
| 104. Raytheon Technologies Corp (TTX) ▉ IRA | A | Dividend | J | T | Spinoff<br>(from line 112) | 03/04/20 | J | | |
| 105. Royal Caribbean Group RCL) ▉ IRA | A | Dividend | J | T | Buy | 02/11/20 | J | | |
| 106. Seimens (SIEGY) ▉ IRA | A | Dividend | J | T | | | | | |
| 107. Smucker (SJM) ▉ IRA | A | Dividend | | | Sold | 08/26/20 | J | A | |
| 108. Sonoco (SON) ▉ IRA | A | Dividend | J | T | | | | | |
| 109. Sysco Corp (SYY) ▉ IRA | A | Dividend | J | T | Buy | 02/11/20 | J | | |
| 110. Trane Technologies | A | Dividend | J | T | Spinoff<br>(from line 91) | 03/02/20 | J | | |
| 111. Unilever (UL) ▉ IRA | A | Dividend | J | T | | | | | |
| 112. United Technologies (UTX) ▉ IRA | A | Dividend | | | Distributed | 04/03/20 | K | | |
| 113. Fidelity Government Cash Reserves ▉ IRA | A | Dividend | K | T | | | | | |
| 114. | | | | | | | | | |
| 115. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Warren, David M.** | 04/14/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I
Line 2:  The Turner W. Battle Scholarship Trust is an asset of Rocky Mount Acadeny.  David M. Warren has no ownership interest in the funds of approximartely $500,000.  The interest from the principal is used to fund educational scholarships for students attending Rocky Mount Academy in Rocky Mount, NC.


Part II:
Line 1:  The Poyner Spruill LLP Retirement Plan (pension) is currently underfunded but is insured by the Pension Benefit Guaranty Corp. David M. Warren does not have information on the performance of the pension plan and has not made contributions or withdrawals. He has no liability for its performance. The entry regarding this asset was removed from Part VII (listed in 2014 on line 8) as it is correctly reported as a pension interest in Part II.

Part VI:
Line 1: The only asset of 9 Shearwater LLC is the house at Wrightsville Beach, NC. The personal guaranty relates to the mortgage on the real property.

Part VII:
Line 1: The only asset of McLash LLC is the purchase money promissory note.
Lines 9, 40, 43, 82, 99, 100, 104, 110 and 112:  Ingersoll-Rand changed its name to Trane. United Technologies spun off Otis and Carrier and then merged with Raytheon, with the stock trading now as Raytheon.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David M. Warren**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544